

**STERN**
**SHAPIRO**
**WEISSBERG**
**& GARIN** LLP
attorneys at law

Max D. Stern
Jonathan Shapiro
Lynn G. Weissberg
Patricia Garin
Martin F. Levin
Kenneth M. Resnik
Lillian Hirales

February 16, 2005

**VIA ECF**

Robert Alba
Deputy Clerk
U.S. Courthouse
1 Courthouse Way
Suite 2300
Boston, MA 02210

        Re:    U.S. v. Norman Barnes
                CA No. 04-817

Dear Mr. Alba:

    Enclosed please find four letters submitted on behalf of the defendant, who is to be sentenced on Friday, February 18.

    Would you kindly bring these to the attention of Judge Saris.

                        Yours Truly,

                        /s/ *Max D. Stern*
                        Max D. Stern

MDS/jah

G:\SSWG\BARNES, NORMAN\Alba.let.wpd